# DEBTOR'S STATEMENT OF INTENTIONS
Consumer Debts Secured by Property of the Estate
Pursuant to Section 521 of Title 11, United States Code

CASE NAME: Bradsher, Jeffrey Neal and Bradsher, Heather Chatman

CASE NO: 0911618

| Item | Creditor | Retain | Surrender | Claimed Exempt | Redeem | Reaffirm |
|---|---|---|---|---|---|---|
| Home | EMC Mortgage | | X | | | |
| 2004 Ford | AutoLoan | X | | | | |

Signed *[signature: Jeffrey Neal Bradsher]*
Petitioner

Signed *[signature: Heather Chatman Bradsher]*
Petitioner